United States District Court

Eastern District of California

O'Shay Johnson,

      Plaintiff,                      No. Civ. S 01-1463 MCE PAN P

  vs.                                Order

J. Mayhew, et al.,

      Defendants.

-oOo-

    August 1, 2005, plaintiff requested an extension to submit objections to the July 22, 2005, findings and recommendations. Good cause appearing, plaintiff's request is granted and time is extended until August 27, 2005. No further extensions will be granted absent a showing of manifest injustice.

    So ordered.

    Dated: August 2, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge