IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O'SHAW JOHNSON,                           No. CIV-S-01-1463 MCE/PAN P

       Plaintiff,

  v.                                      ORDER

J. MAYHEW,

       Defendant.
_____/

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.

    On September 15, 2005, the court granted summary judgment for defendant. Plaintiff appealed and requests a certificate of appealability. This court finds the appeal is in good faith; however, certificates of appealability pertain to habeas corpus, not civil rights, actions. See 28 U.S.C. § 2253.

///

///

1 Thus, plaintiff's October 12, 2005, request for a certificate of
2 appealability is denied.
3 DATE: November 2, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE